UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARA SHIVUM, *on behalf of herself and all others similarly situated*,

Plaintiff,

v.

CARAWAY HOMES INC.,

Defendant.

**ORDER**

26 Civ. 5717 (ER)

RAMOS, D.J.

Kara Shivum filed a complaint against Caraway Homes, Inc. alleging deceptive business practices, false advertising, breach of express warranty, and breach of implied warranty of fitness for a particular purpose on July 6, 2026. Doc. 1. A summons was requested on July 10, 2026 and issued on July 13, 2026. Docs. 2 and 3. Plaintiff has not filed an affidavit of service and Caraway Homes, Inc. has not appeared. Accordingly, Shivum is directed to submit a status report by **November 12, 2026.** Failure to comply could result in the Court dismissing the case under Federal Rule of Civil Procedure 4(m). Rule 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—*must* dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m) (emphasis added).

It is SO ORDERED.

Dated: November 5, 2026
New York, New York

Edgardo Ramos, U.S.D.J.